No. 75–6819. WILLIAMS *v.* NORTH CAROLINA. Sup. Ct. N. C.

No. 75–6842. CARTER *v.* NORTH CAROLINA. Sup. Ct. N. C.

No. 75–6847. HUNT *v.* NORTH CAROLINA. Sup. Ct. N. C.

No. 75–6981. BUSH *v.* NORTH CAROLINA. Sup. Ct. N. C.

No. 76–5168. DAVIS *v.* NORTH CAROLINA. Sup. Ct. N. C. Motions for leave to proceed *in forma pauperis* and certiorari granted. Judgments vacated insofar as they leave undisturbed the death penalty imposed, and cases remanded for further proceedings. *Woodson* v. *North Carolina,* 428 U. S. 280 (1976).

No. 75–1462. DELAWARE REPUBLICAN STATE COMMITTEE ET AL. *v.* REDFEARN ET AL. C. A. 3d Cir. [Certiorari granted, 426 U. S. 919.] Judgment vacated and case remanded for further consideration in light of intervening legislation.

No. ——————. PENNSYLVANIA PARENT ASSISTANCE AUTHORITY *v.* LEMON ET AL. C. A. 3d Cir. Motion for leave to dispense with printing petition denied. *Snider* v. *All State Administrators, Inc.,* 414 U. S. 685 (1974).

No. ——————. SECOND AVENUE LIMITED DIVIDEND HOUSING ASSN. ET AL. *v.* HILLS, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. C. A. 6th Cir. Motion of petitioners for leave to proceed *in forma pauperis* or in the alternative to dispense with printing petition denied.

No. ——————. RAY *v.* ROSE, WARDEN. C. A. 6th Cir. Motion for appointment of counsel to file petition for writ of certiorari denied.